UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AMBER MYKING, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC.,<br><br>Defendant. | Case No.: 2:26-cv-02421-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**NOTE FOR MOTION CALENDAR:**<br>July 14, 2026 |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Defendant Hobby Lobby Stores, Inc. ("Hobby Lobby") and Plaintiff Amber Myking ("Plaintiff"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate that Hobby Lobby's deadline to answer the Complaint in the above-captioned action is extended for a total of thirty (30) days to August 17, 2026. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Hobby Lobby's deadline to respond to Plaintiff's complaint is presently July 17, 2026.

Good cause exists for this extension as Plaintiff named Hobby Lobby as a defendant in a Complaint filed in King County Superior Court (the "Complaint") on June 9, 2026. On July 10, 2026, Hobby Lobby timely removed this action from King County Superior Court to the United States District Court for the Western District of Washington. Hobby Lobby also intends to move for admission of its national counsel *pro hac vice*.

The parties have conferred on the request for an extension and additional time will allow

STIPULATED MOTION AND ORDER TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 1
CASE NO.: 2:26-CV-02421-JHC

Hobby Lobby's counsel to review, understand, and investigate Plaintiff's allegations. The extension will also allow Hobby Lobby to evaluate and prepare a response to the Complaint.

For these reasons, the Parties jointly request that the Court grant the stipulated motion to allow additional time for Hobby Lobby to answer or otherwise respond to the Complaint.

Dated:    July 14, 2026                        BUCHALTER LLP


By: /s/ Adam C. Doupé
      Adam C. Doupé, WSBA #55483
      adoupe@buchalter.com
      Artin Betpera, (*Pro Hac Vice Application Forthcoming*)
      abetpera@buchalter.com
      600 University Street, Suite 3100
      Seattle, WA  98101
      Telephone: 206.319.7052

      Attorneys for Defendant
      HOBBY LOBBY STORES, INC.


STRAUSS BORRELLI PLLC


By: /s/ Samuel J. Strauss
      Samuel J. Strauss, WSBA #46971
      sam@straussborelli.com
      Raina C. Borrelli (*Pro Hac Vice Application Forthcoming*)
      raina@straussborelli.com
      980 N. Michigan Avenue, Suite 1610
      Chicago, IL 60611
      Telephone: (872) 263-1100

      Attorneys for Plaintiff
      AMBER MYKING

STIPULATED MOTION AND ORDER TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 2
CASE NO.: 2:26-CV-02421-JHC

## ORDER

IT IS SO ORDERED.

DATED this 14th day of July, 2026

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 3
CASE NO.: 2:26-CV-02421-JHC