UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

AMBER MYKING, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

HOBBY LOBBY STORES, INC.,

Defendant.

Case No.: 2:26-cv-02421-JHC

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Having considered Defendant Hobby Lobby Stores, Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Respond to the Complaint, Dkt. # 13, and good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Defendant's deadline to answer or otherwise respond to the Complaint is extended from August 17, 2026 to August 19, 2026.

IT IS SO ORDERED.

//

//

//

DATED this 18th day of August, 2026.

John H. Chun
United States District Judge