The Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AMBER MYKING, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC.,<br><br>Defendant. | Case No.: 2:26-cv-02421-JHC<br><br>DECLARATION OF KELLY BLACK IN SUPPORT OF DEFENDANT HOBBY LOBBY STORES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

I, Kelly Black, declare as follows:

1. I am the Vice President of the Advertising Department at Hobby Lobby Stores, Inc. ("Hobby Lobby"). I submit this declaration in support of Hobby Lobby's Motion to Dismiss for Lack of Personal Jurisdiction. Except where stated on information and belief, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them.

2. In my role at Hobby Lobby, I am familiar with Hobby Lobby's promotional email marketing program, including how Hobby Lobby composes, manages, and transmits its promotional emails, and the information Hobby Lobby collects (and does not collect) regarding the recipients of those emails. The statements in this declaration are based on my personal knowledge and on my review of Hobby Lobby's business records maintained in the ordinary course of business.



BUCHALTER LLP
600 UNIVERSITY STREET, SUITE 3100
SEATTLE, WA 98101
TELEPHONE: 206.319.7052

3. Hobby Lobby is a corporation organized under the laws of the State of Oklahoma. Hobby Lobby's principal place of business, corporate headquarters, and executive offices are located at 7707 SW 44th Street, Oklahoma City, Oklahoma 73179.

4. Hobby Lobby's promotional email marketing program is directed and managed from Hobby Lobby's headquarters in Oklahoma. The personnel responsible for creating, approving, and scheduling Hobby Lobby's promotional email campaigns perform that work outside the State of Washington.

5. Hobby Lobby operates a promotional email program through which it sends marketing emails to consumers who have subscribed to receive them. The program is national in scope. Generally speaking, the emails sent by Hobby Lobby through its promotional email program are not state-specific, but instead broadly promote the purchase of products from Hobby Lobby’s national website.

6. Consumers subscribe to Hobby Lobby's promotional emails through Hobby Lobby's website, which is accessible to the public nationwide. The subscription process is the same regardless of where the consumer is located. Hobby Lobby's website and email-subscription process are not directed at, or tailored to, residents of the State of Washington in particular.

7. To subscribe to Hobby Lobby's promotional emails, a consumer provides an email address. The subscription process does not require or collect the subscriber's home address, state of residence, or ZIP code.

8. Hobby Lobby sends promotional emails only to individuals who have affirmatively subscribed to receive them through Hobby Lobby's website. Hobby Lobby does not send promotional emails to individuals who have not subscribed.

9. The promotional emails at issue in this action, including emails advertising "free shipping" promotions, were part of Hobby Lobby's national email marketing program. Hobby Lobby sent the same or substantially similar emails to subscribers across the United States.



BUCHALTER LLP
600 UNIVERSITY STREET, SUITE 3100
SEATTLE, WA 98101
TELEPHONE: 206.319.7052

Hobby Lobby did not create, tailor, or direct these emails specifically to Washington or to Washington residents, and did not treat Washington recipients differently from recipients in any other state.

10. Hobby Lobby transmits its promotional emails from outside the State of Washington. Hobby Lobby does not maintain email-marketing or email-transmission operations in Washington.

11. The promotional emails at issue promoted offers available through Hobby Lobby's website, including free-shipping offers on online orders. They were not directed to, and did not depend upon, any Hobby Lobby retail store in Washington.

12. In connection with its promotional email program, Hobby Lobby does not collect or track the internet protocol ("IP") addresses of the recipients of its promotional emails.

13. Hobby Lobby does not collect or track the geographic location of the recipients of its promotional emails, and does not use geolocation technology to determine where the recipients of its promotional emails are located.

14. Hobby Lobby does not use any third-party service, data broker, or identity-resolution service to determine or identify the geographic location or state of residence of the recipients of its promotional emails.

15. Hobby Lobby does not segment, target, or differentiate the recipients of the promotional emails at issue based on the recipients' geographic location or state of residence. The emails at issue were sent to subscribers on the same basis regardless of location.

16. In connection with its promotional email program, Hobby Lobby had no information indicating that Plaintiff Amber Myking was a resident of the State of Washington, and had no knowledge that Plaintiff was a Washington resident, at the time it transmitted the emails at issue.



BUCHALTER LLP
600 UNIVERSITY STREET, SUITE 3100
SEATTLE, WA 98101
TELEPHONE: 206.319.7052

17. More generally, in transmitting the promotional emails at issue, Hobby Lobby did not know, and had no reason to know from any geographic or location data, that any particular recipient was located in or a resident of the State of Washington.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2026 at Oklahoma City, Oklahoma.

Kelly D. Black



BUCHALTER LLP
600 UNIVERSITY STREET, SUITE 3100
SEATTLE, WA 98101
TELEPHONE: 206.319.7052

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (Pro Hac Vice forthcoming)
Strauss Borrelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
T: 872.263.1100
E: sam@straussborrelli.com
E: raina@straussborrelli.com

*/s/Elena Ortiz*
Elena Ortiz, Legal Assistant to Mr. Doupé

[Attorney's Name] , WSBA No. [Bar No.]



BUCHALTER LLP
600 UNIVERSITY STREET, SUITE 3100
SEATTLE, WA 98101
TELEPHONE: 206.319.7052